JPML FORM 1A

DOCKET ENTRIES

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 642 -- In re Cole Patent Litigation (No. II)

| Date | Ref. | Pleading Description |
|---|---|---|
| 85/04/10 | 1 | MOTION, BRIEF, SCHEDULE, AND CERT. OF SVC. -- RCA Corporation -- SUGGESTED TRANSFEREE DISTRICT: D. Delaware; SUGGESTED TRANSFEREE JUDGE: ?   (emh) |
| 85/04/10 | 2 | REQUEST-FOR-EXPEDITED (struck through) |
| 85/04/10 | 2 | REQUEST FOR EXPEDITED HEARING -- RCA Corp. w/ svc.   (emh) |
| 85/04/17 | | AMENDMENT TO HEARING ORDER FILED ON APRIL 12, 1985 -- Amending hearing hearing order to include Motion of plaintiff RCA Corp for transfer of actions to the District of Delaware   (ds) |
| 85/04/19 | | APPEARANCES -- WILLIAM J. GILBRETH, ESQ. for RCA Corp; GEORGE M. SCHWAB, ESQ. for Covergent Technologies, Inc.; MICHAEL I. RACKMAN, ESQ. for Atari Games, Inc.; MORRIS RELSON, ESQ. for Mohawk Data Sciences Corp.; WALTER J. MADDEN, JR., ESQ. for Televideo Systems, Inc.; EDWARD P. WELCH, ESQ. for Warner Communications, Inc.; ROBERT R. HUBBARD, ESQ. for MDS Quantel, Inc.; ROBERT A. SCHWARTZBAUER, ESQ. for Lee Data Corp.; J. HERMAN YOUNT, JR., ESQ. for Harris Corp.; SHELDON W. WITCOFF, ESQ. for Honeywell, Inc. and Honeywell Information Systems; ALAN E. J. BRANIGAN, ESQ. for Sperry Corp.; RICHARD H. SMITH, ESQ. for Commodore Business Machines, Inc. and Commodore International, Ltd.; THOMAS N. YOUNG, ESQ. for Nixdorf Computer Corp.; R. MARK KEENAN, ESQ. for CPT Corp.; HERBERT R. SCHULZE, ESQ. for Kaypro Corp.; THOMAS J. SCOTT, JR., ESQ. for United States; (ds) |
| 85/04/23 | | APPEARANCES -- JAMES N. DRESSER, ESQ. for Datamedia Corp.; THOMAS L. CREEL, ESQ. for Wang Laboratories, Inc.; CHARLES W. BRADLEY, ESQ. for Burroughs Corp., Memorex Corp., Coleco Industries, Inc. and Sinclair Research Limted and Timex Corp.; DOUGLAS E. WHITNEY, ESQ. for Data General Corp. and Datapoint Corp; JOHN F. PRITCHARD, ESQ. for Esprit Systems, Inc. (ds) |
| 85/04/24 | 3 | RESPONSE -- deft. Lee Data Corporation w/cert. of svc.   (ds) |
| 85/04/24 | 4 | RESPONSE -- deft. Atari Games, Inc. w/cert. of svc.   (ds) |

JPML FORM 1A

## DOCKET ENTRIES

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. _____

| Date | Ref. | Pleading Description |
|---|---|---|
| 85/04/25 | 5 | RESPONSE -- Warner Communications, Inc. -- w/cert. of svc. (emh) |
| 85/04/25 | 6 | RESPONSE -- Kaypro Corp. -- w/cert. of svc. (emh) |
| 85/04/25 | 7 | RESPONSE -- CPT Corp. -- w/exhibits and cert. of svc. (emh) |
| 85/04/25 | 8 | RESPONSE -- Datamedia Corp. -- w/cert. of svc. (emh) |
| 85/04/25 | 9 | RESPONSE -- Datapoint Corp. -- w/cert. of svc. (emh) |
| 85/04/25 | 10 | RESPONSE -- Data General Corp. -- w/cert. of svc. (emh) |
| 85/04/25 | 11 | RESPONSE -- Harris Corp. -- w/cert. of svc. (emh) |
| 85/04/26 | 12 | RESPONSE -- Wang Laboratories, Inc. -- w/Exhibit and cert. of svc. (emh) |
| 85/04/26 | 13 | RESPONSE -- Sperry Corp. -- w/cert. of svc. (emh) |
| 85/04/30 |  | APPEARANCE -- HARVEY M. BROWNROUT, ESQ. for Xerox Corp. (ds) |
| 85/04/29 | 14 | RESPONSE -- Nixdorf Computer Corp. -- w/cert. of svc. (emh) |
| 85/05/01 | 15 | RESPONSE -- Deft. Honeywell, Inc.-- w/cert. of svc. (rh) |
| 85/05/02 | 16 | REPLY -- RCA Corporation -- w/cert. of svc. (rh) |
| 85/05/02 | 17 | RESPONSE -- Deft. Esprit Systems, Inc. -- w/cert. of svc. (rh) |
| 85/05/06 | 18 | RESPONSE -- Defts. Mohawk Data Sciences Corporation and MDS-Quantel, Inc. -- w/cert. of svc. (rh) |
| 85/05/07 | 19 | RESPONSE -- Deft. Coleco -- w/cert. of svc. (rh) |
| 85/05/07 | 20 | RESPONSE -- Deft. Sinclair Research Limited & Timex Corporation -- w/cert. of svc. (rh) |
| 85/05/07 | 21 | RESPONSE -- Deft. Burroughs Corporation & Memorex Corporation -- w/cert. of svc. (rh) |

JPML FORM 1A

DOCKET ENTRIES

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 642 -- In re Cole Patent Litigation (No. II)

| Date | Ref. | Pleading Description |
|---|---|---|
| 85/05/09 | 22 | ACCEPTED FOR FILING -- (response) Deft. Televideo Systems (rh) |
| 85/05/09 | 23 | RESPONSE -- Deft. Televideo Systems -- w/cert. of svc. (rh) |
| 85/05/16 | | HEARING APPEARANCES: William J. Gilbreth for RCA Corp.; Jack B. Blumenfeld for Datapoint Corp. and Data General Corp.; James N. Dresser for Datamedia Corp.; J. Herman Yount for Harris Corp.; H. Warren Burnan for for Sperry Corp.; Jonathon R. Novak for Televideo Systems, Inc.; Thomas L. Creel for Wang Laboratories, Inc. |
| | | WAIVERS OF ORAL ARGUMENT: Mohawk Data Sciences Corp.; Honeywell, Inc. and Honeywell Information Systems, Inc.; Esprit Systems, Inc.; Lee Data Corp.; Commodore Business Machines, Inc. and Commodore International Limited; Convergent Technologies, Inc.; Warner Communications, Inc.; Nixdorf Computer Corp.; CPT Corp.; Kaypro Corp.; Burroughs Corp. & Memorex Corp., Coleco Industries, Inc., and Sinclair Research Limited & Timex Corp.; Xerox Corp. (emh) |
| 85/05/22 | | ORDER DENYING TRANSFER -- Notified involved judges, clerks, counsel and misc. recipients (cds) |
| 85/08/06 | | APPEARANCE: Richard D. Harmon, Esq. for Weeks-Howe-Emerson Co., et al. (rh) |

JPML Form 1

Revised: 8/78

DOCKET NO. 642 -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

CAPTION: IN RE COLE PATENT LITIGATION (No. II)

## SUMMARY OF LITIGATION

| Hearing Dates | Orders | | | Transferee | | |
|---|---|---|---|---|---|---|
| 5/16/85 | Dates Filed | Type | Citation | District | Name of Judge | Assigned From |
| | 5/22/85 | MO | unpublished | | | |

### Special Transferee Information

DATE CLOSED: 5/22/85

JPML FORM 1

LISTING OF INVOLVED ACTIONS

DOCKET NO. 642 -- In re Cole Patent Litigation (No. II)

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket Number | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| A-1 | RCA Corp. v. Atari Games, Inc., et al. | D.Del. Stapleton | 85-148-WKS | | | | |
| A-2 | RCA Corp. v. Commodore Business Machines, Inc., et al. | D.Del. Stapleton | 85-145-WKS | | | | |
| A-3 | RCA Corp. v. Data General Corp. | D.Del. Stapleton | 84-270-WKS | | | | |
| A-4 | RCA Corp. v. Datamedia Corp. | D.Del. Stapleton | 85-147-WKS | | | | |
| A-5 | RCA Corp. v. Datapoint Corp. | D.Del. Stapleton | 85-143-WKS | | | | |
| A-6 | RCA Corp. v. Esprit Systems, Inc. | D.Del. Stapleton | 85-146-WKS | | | | |
| A-7 | RCA Corp. v. Harris Corp. | D.Del. Stapleton | 85-149-WKS | | | | |
| A-8 | RCA Corp. v. Honeywell, Inc., et al. | D.Del. Stapleton | 85-144-WKS | | | | |
| A-9 | RCA Corp. v. Sinclair Research Ltd., et al. | D.Del. Stapleton | 85-150-WKS | | | | |
| A-10 | RCA Corp. v. Sperry Corp. | D.Del. Stapleton | 85-142-WKS | | | | |
| A-11 | RCA Corp. v. Burroughs Corp., et al. | S.D.N.Y. Knapp | 85-1635-WK | | | | |
| A-12 | RCA Corp. v. Coleco Industries, Inc. | S.D.N.Y. Kram | 85-1631-SWK | | | | |

DOCKET NO. 642 -- In re Cole Patent Litigation (No. II)

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| A-13 | RCA Corp. v. CPT Corp. | S.D.N.Y. Motley | 85-1640-CBM | | | | |
| A-14 | RCA Corp. v. Lee Data Corp. | S.D.N.Y. Edelstein | 85-1641-DNE | | | | |
| A-15 | RCA Corp. v. Mohawk Data Sciences Corp., et al. | S.D.N.Y. Goettel | 85-1634-GLG | | | | |
| A-16 | RCA Corp. v. Nixdorf Computer Corp. | S.D.N.Y. Griesa | 85-1642-TPG | | | | |
| A-17 | RCA Corp. v. Wang Laboratories | S.D.N.Y. Sofaer | 85-1643-ADS | | | | |
| A-18 | RCA Corp. v. Xerox Corp. | S.D.N.Y. Owen | 85-1633-RO | | | | |
| A-19 | RCA Corp. v. Convergent Technologies Inc. | N.D.Cal. Ingram | 85-20116-WAI | | | | |
| A-20 | RCA Corp. v. Kaypro Corp. | N.D.Cal. Ingram | 85-20114-WAI | | | | |
| A-21 | RCA Corp. v. Televideo Systems, Inc. | N.D.Cal. Ingram | 85-20115-WAI | | | | |

JPML Form 4

## ATTORNEY SERVICE LIST
## JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 642  --  In re Cole Patent Litigation (No. II)

---

RCA CORPORATION (A-1 thru A-21)
William J. Gilbreth, Esquire
Fish & Neave
875 Third Avenue
New York, New York 10022

COVERGENT TECHNOLOGIES, INC.
George M. Schwab, Esquire
Steuart Street Tower, 20th Floor
One Market Plaza
San Francisco, California 94015

ATARI GAMES, INC.
Michael I. Rackman, Esquire
Gottlieb, Rackman & Reisman
1430 Broadway
New York, New York  10018

MOHAWK DATA SCIENCES CORPORATION
Morris Relson, Esquire
Darby & Darby, P.C.
405 Lexington Avenue
New York, New York 10174

TELEVIDEO SYSTEMS, INC.
Walter J. Madden, Jr., esquire
Skjerven, Morrill, MacPherson,
  Franklin & Friel
3600 Pruneridge, Suite 100
Santa Clara, California 95051

WARNER COMMUNICATIONS, INC.
Edward P. Welch, Esquire
Skadden, Arps, Slate,
  Meagher & Flom
Post Office Box 636
One Rodney Square - 7th Floor
Wilmington, Delaware 19899

MDS QUANTEL, INC. (Mohawk Data
  Sciences Quantel, Inc.
Robert R. Hubbard, Esquire
MDS Center
Herkimer, New York 13350

LEE DATA CORPORATION
Robert A. Schwartzbauer, Esquire
Dorsey & Whitney
2200 First Bank Place East
Minneapolis, Minnesota 55402

HARRIS CORPORATION
J. Herman Yount, Jr., Esquire
Yount & Tarolli
1111 Leader Building
Cleveland, Ohio 44114

HONEYWELL, INC.
HONEYWELL INFORMATION SYSTEMS
Sheldon W. Witcoff, Esquire
Allegretti, Newitt, Witcoff
  & McAndrews, Ltd.
125 S. Wacker Drive
Chicago, Illinois 60606

SPERRY CORPORATION
Alan E. Branigan, Esquire
Griffin, Branigan & Butler
775 So. 23rd Street
Post Office Box 2326
Arlington, Virginia 22202

COMMODORE BUSINESS MACHINES, INC.
COMMODORE INTERNATIONAL, LTD.
Richard H. Smith, Esquire
Finnegan, Henderson, Farabow,
  Garrett & Dunner
Suite 600
1775 K Street, N.W.
Washington, D.C. 20006

JPML FORM 4A -- Continuation

Panel Attorney Service List -- p. 2

DOCKET NO. 642 --

NIXDORF COMPUTER CORPORATION
Thomas N. Young, Esquire
Krass & Young
2855 Collidge, Suite 210
Troy, Michigan 48084

CPT CORPORATION
R. Mark Keenan, Esquire
Anderson, Russell, Kill
 & Olick, P.C.
666 Third Avenue
New York, New York 10017

KAYPRO CORPORATION
Herbert R. Schulze, Esquire
Fulwider, Patton, Rieber,
 Lee & Utecht
9191 Towne Centre Drive
Suite 285
San Diego, California 92212

UNITED STATES (Deft. in Ct. of Claims
 Action)
Thomas J. Scott, Jr., Esquire
Commercial Litigation Branch
Civil Division
550 - 11th Street, N.W.
Todd Building - Room 804
Washington, D.C. 20530

DATA GENERAL CORPORATION
DATAPOINT CORPORATION
Douglas E. Whitney, Esquire
Morris, Nichols, ARsht & Tunnell
Post Office box 1347
Wilmington, Delaware 19899

DATAMEDIA CORPORATION
James N. Dresser, Esquire
Beveridge, De Grandi & Weilacher
1100 Federal Bar Building West
1819 H Street, N.W.
Washignton, D.C. 20006

WANG LABORATORIES, INC.
Thomas L. Creel, Esquire
Kenyon & Kenyon
One Broadway
New York, New York 10004

ESPRIT SYSTEMS, INC.
John F. Pritchard, Esquire
Winthrop, Stimson, Putnam &Roberts
 & Roberts
40 Wall Street - 25th Floor
New York, New York 10005

BURROUGHS CORPORATION
MEMOREX CORPORATION
COLECO INDUSTRIES, INC.
SINCLAIR RESEARCH LIMITED
TIMEX CORPORATION
Charles W. Bradley, Esquire
Davis, Hoxie, Faithfull & Hapgood
45 Rockefeller Plaza
New York, New York 10111

XEROX CORPORATION
Harvey M. Brownrout, Esquire
Post Office Box 1600
Stamford, Connecticut 06904

WEEKS-HOWE-EMERSON CO., ET AL.
Richard D. Harmon, Esq.
120 Montgomery Street
Suite 650
San Francisco, CA 94104

JPML FORM 3

p. 1

COMMON PARTY CHECKLIST -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 642 -- In re Cole Patent Litigation (No. II)

| Name of Party | Named as Party in Following Actions |
|---|---|
| Atari Games, Inc. | A-1 |
| Commodore Business Machines Inc. | A-2 |
| Commodore International, Ltd. | A-2 |
| Warner Communications, Inc. | A-1 |
| Data General Corp. | A-3 |
| Datamedia Corp. | A-4 |
| Datapoint Corp. | A-5 |
| Esprit Systems, Inc. | A-6 |
| Harris Corp. | A-7 |
| Honeywell Inc. | A-8 |
| Honeywell Information Systems, Inc. | A-8 |

p. 2

| | | |
|---|---|---|
| ✓ | Sinclair Research Limited | A-9 |
| | Timex Corp. | A-9 |
| ✓ | Sperry Corp. | A-10 |
| ✓ | Burroughs Corp. | A-11 |
| ✓ | Memorex Corp. | A-11 |
| ✓ | Coleco Industries, Inc. | A-12 |
| | Nixdorf Computer Corp. | A-16 |
| ✓ | Wang Laboratories, Inc. | A-17 |
| ✓ | Xerox Corp. | A-18 |
| ✓ | Convergent Technologies Inc. | A-19 |
| ✓ | Kaypro Corp. | A-20 |

JPML FORM 3

p. 3

## COMMON PARTY CHECKLIST -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 642 -- _____

| | Name of Party | Named as Party in Following Actions |
|---|---|---|
| ✓ | Televideo Systems, Inc. | A-21 |
| ✓ | CPT Corp. | A-13 |
| ✓ | Lee Data Corp. | A-14 |
| ✓ | Mohawk Data Sciences Corp. | A-15 |
| ✓ | Mohawk Data Sciences Quantel, Inc. | A-15 |
| | | |
| | | |
| | | |
| | | |
| | | |